UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED
MAR 25 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jamell Malone
Monique Cox,

Plaintiff(s),

vs.

THE CITY OF CHICAGO
POLICE DEPARTMENT,
(SIXTH DISTRICT)

Defendant(s).

1:16-cv-03640
Judge John Z. Lee
Magistrate Judge Maria Valdez

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Jamell Malone, Monique Cox.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, **OFFICER WALCHOLVY, OFFICER MARTINO, OFFICER GRAY, and UNKNOWN OFFICER** (name, badge number if known) **OFFICER SGT. ORLANDO and** , is

☑ an officer or official employed by **CITY OF CHICAGO POLICE DEPARTMENT** ;
(department or agency of government)
_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **CITY OF CHICAGO**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **3/21/14**, at approximately **10:45pm - 12AM** ☐ a.m. ☑ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of **CHICAGO** _____, in the County of **Cook**,
State of Illinois, at _____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

- ☑ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- ☐ searched plaintiff or his property without a warrant and without reasonable cause;
- ☐ used excessive force upon plaintiff;
- ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
- ☐ failed to provide plaintiff with needed medical care;
- ☐ conspired together to violate one or more of plaintiff's civil rights;
- ☐ Other:

_____

_____

2

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: **(Leave blank if no custom or policy is alleged):** NONE.

8. Plaintiff was charged with one or more crimes, specifically:

    I was told by OFFICER WALCHOWY and MARTINO, that my car was Reported stolen.

9. **(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")** The criminal proceedings

    ☐ are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

    ☒ Other: released from police custody after harassment.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Civil rights of wrongful detention, false arrest and excessive force under 42 U.S.C § section 1983. Plaintiff claims came out of vehicle stop done by CHICAGO POLICE OFFICERS, WALCHOLVY and MARTINO. CHICAGO POLICE identified Malones' car as being stolen, visually and knowingly reading my plates. WALCHOLVY and MARTINO open ~~driver~~ front passenger door apprehended me ~~aggressively~~ in handcuffs and girlfriend Monique Cox in handcuffs took Monique's items, searched us, threw us in the back of their car, and asked personal questions about how ~~the~~ we met, my prior arrest in 2012 for Domestic Battery, and was told shut up, car was searched as well a clothes, and glove department

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Pain and suffering with intentional infliction of emotional distress, assault, and negligence

13. Plaintiff asks that the case be tried by a jury.  ☑ Yes   ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE**, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Jamell Malone

Plaintiff's name *(print clearly or type)*: Jamell Malone

Plaintiff's mailing address: 11404 S Emerald

City: Chicago   State: IL   ZIP: 60628

Plaintiff's telephone number: (773) 440-9241

Plaintiff's email address *(if you prefer to be contacted by email)*: malonejamell@gmail.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5