

RECEIVED
2016 OCT 19 PM 5: 34
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Jamell Malone
Monique Cox
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

THE CITY OF
CHICAGO POLICE
DEPARTMENT
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al."</u>)

Case No: 1:16 C 3640
(To be supplied by the <u>Clerk of this Court</u>)

**FILED**

OCT 19 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**        <u>**AMENDED COMPLAINT**</u>

✓ _____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR***
***FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I.  Plaintiff(s):**

A.  Name: _Jamell Malone / Monique Cox_

B.  List all aliases: _____

C.  Prisoner identification number: _____

D.  Place of present confinement: _____

E.  Address: _P. O. Box 29194 CHICAGO, IL 60629_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.  Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: _OFFICE WALCHOLVY_

Title: _Law Enforcement For CITY OF CHICAGO_

Place of Employment: _CITY OF CHICAGO_

B.  Defendant: _OFFICER MARTINO_

Title: _Law Enforcement FOR CITY OF CHICAGO_

Place of Employment: _CITY OF CHICAGO_

C.  Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: 1:13 CV 03900.
Malone vs CITY OF CHICAGO POLICE DEPARTMENT

B.  Approximate date of filing lawsuit: May 24, 2013

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Janell Malone

D.  List all defendants: THE CITY OF CHICAGO POLICE DEPARTMENT

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT COURT OF ILLINOIS

F.  Name of judge to whom case was assigned: JUDGE DURKIN

G.  Basic claim made:

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending via motion

I.  Approximate date of disposition:

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: Malone vs THE UNIVERSITY OF CHICAGO POLICE DEPARTMENT

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: Jamell Malone

D.    List all defendants: THE UNIVERSITY OF CHICAGO POLICE DEPARTMENT

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT COURT OF ILLINOIS

F.    Name of judge to whom case was assigned: JUDGE SHAH

G.    Basic claim made: _____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed.

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On March 20, 2014, OFFICER WALCHOLVY and OFFICER MARTINO stopped Jamell Malone's vehicle with passenger Monique Cox in ton 84th Loomis by FOSTER PARK DISTRICT. Plaintiff Malone pulled over Malone's auto with the indication of blue lights of police officers car. When WALCHOLVY and MARTINO approached Malone's car they told him the car was reported stolen. Plaintiff Malone rebutted that he just got his license back and license plate back through the SECRETARY OF STATE OF ILLINOIS. He told them he paid $121.00 for it recently and that the auto was never reported stolen. He told both officers he has paper work and license for going through CITY OF CHICAGO payment and SECRETARY OF STATE payment process for legitamacy. OFFICER WALCHOLVY and OFFICER MARTINO opened driver and passenger door and handcuffed owner of the vehicle and passenger Monique Cox. They didn't try to see if

Revised 9/2007

State License were intact, if paperwork showed he is originally the owner of the vehicle, and made sure it was no error. Thee officer slammed Moniques Cox's leg in the door and took away a box cutter that was used for her job for opening in inventory. They said that it is a weapon, even though it was under six inches and used for employment purposes only. They handcuffed me first and put me into the police car with one cop, OFFICER WALCHOLD, where I was questioned about things not related to the stop such as my jail record that was looked up and any other criminal matters. Monique was put in back of cop car about 4-5 minutes later and questioned about her real name; they wanted her middle name. They also told her about my arrest for domestic battery in 2012 that were dismissed. We were released after about 20 minutes from the full stop of police custody. I drove to the 78 HALSTED POLICE STATION that night on March 20, 2014 to report that two officers were out violating citizen rights. They told me a station that their supervisor sergeant was out on the beat and if I want to make the complaint call the IPRA agency in the morning.

5

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _SECURITAS SECURITY SERVICES LLC SEIU 1DCV0047_

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Jamell D. Malone   or  Jamell Malone_

D. List all defendants: _SECURITAS SECURITY SERVICES LOCAL 1 SEIU UNION_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _JUDGE BLAKELY_

G. Basic claim made: _FMLA violation and Retaliation and Discrimination by LOCAL 1 SEIU_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _APPEALED No. 16-1638_

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

I did make the report to IPRA and log # 1068119 was given. My investigator was allegedly Sgt Orlando. I tried over 10 times to reach out to meet with Sgt. Orlando, but were unsuccessful all those times. On 3/14/16, at 6:47am-6:51am, I spoke with Officer JOHNSON BADGE # 12467 and she said she didn't know what shift Sgt. Orlando was on. Then at 6:52am, I called back, and was told NO SGT ORLANDO was at this station; Name of officer was not given on this call when asked. On 3/21/16, I called from phone # (773)403-9890, like the other numbers (312) 918-6111, and (312)841-2047. On 3/21/16, I spoke with OFFICER GRAY and was told repeatedly NO OFFICER ORLANDO works there at the SIXTH DISTRICT. I called Internal Affairs shortly after. 3/21/16 at 1:44pm, spoke with OFFICER BALL and she told me that SGT ORLANDO does not work at Internal Affairs Division, but Sixth District (78th Halsted). After that call around 1:47pm, Officer GRAY picked up again and said he does NOT work here anymore. I called IPRA and spoke with Investigator Mack and she insisted that who was assigned

to my case was SGT ORLANDO. I questioned her on her knowledge about the investigation. I ask her, "Do you guys investigate Citizens reports or just turn it over to police" she said it was not in there jurisdiction to investigate my case but others. I spoke with IPRA INVESTIGATOR MACK at 1:49pm on 3/21/16. over the years I made several calls, some said "OK I'll let him know" and others said "He busy", "He doesn't work here", "He out on the beat". Title 42 USC Section 1983 makes it unlawful for anyone acting under the authority of state law to deprive another person of his or her rights under the Constitution or Federal law. I'm claiming a conspiracy of False Arrest because the officers violated my Fourth Amendment right against unreasonable seizure. IF the officer had probable cause to believe I had committed a crime, the arrest was unreasonable. I had sufficient proof that my car was never reported stolen, just a missing lost Front License Plate. IF they were behind me then they had to check my plates and see that it was my front plates missing and not the back, but on this day I had both and my car was legit with license, license plate, insurance, and seat belt. I was targeted because no where

5

Revised 9/2007

in their system I believe my car said stolen.
Officers at the station that night are guilty
and should be charged with claim of failure to
intervene. Officers have a duty to protect individuals
from constitutional violations by fellow officers. When
I came in that night when it occured no officer
intervened to call in officers or help us write out
report/complaint in station, rather they told us to
call IPRA. I just recently found out you can
make it in the police station with the supervisor.
This caused me emotional distress. I feel like the
officers conduct was extreme and outrageous, recklessly,
and was intentional to disturb my peace of mind, due to
my cases against CHICAGO POLICE DEPARTMENT as an
agency. The officers are in a position of power and knew
that I was or would be susceptible to emotional distress
while traveling in auto. There was no duty of care to be
responsible to me as a citizen. There should be some
liability by officers to protect me and my fourteenth
Amendment rights and FIFTH AMENDMENT DUE PROCESS OF
LAW. The cops let us walk out that station that date
knowing those two officers were out there. We could have been

Revised 9/2007

violated again. This is harrassment by the CITY OF
CHICAGO POLICE DEPARTMENT." I also feel like
IPRA is responsible for not investigating and trusting
police officers who commonly violates citizens. I am
currently speaking to the National Crime Information
Center who has in there database if my car was
reported stolen. I requested this under FOIA. I
currently faxed and mail the National Highway
Traffic Safety Administration a letter regarding
my name checks, and Rinse plates, and license.
I think my story is similar to Florida trooper
Donna Watts and her harassment. I would
also reach out to I-CLEAR SYSTEMS if I can.
I spoke and put in FOIA request through the
OEMC; but nothing was in their database.
I feel like they never or they did look at the
in car video system and decided to mishandle
the situation without integrity. My exhibits are
proof of License plates reported LOST in original case
report at CHICAGO POLICE DEPARTMENT on March 6, 2013; #2
VICTIM INFORMATION NOTICE CHICAGO POLICE DEPARTMENT
INCIDENT LOST FRONT LIC PLATE K534215; #3 ON 3/11/14

Revised 9/2007

It shows everything is IN good standings with the SECRETARY OF STATE and I paid 121.00 to renew everything. I also paid the CITY OF CHICAGO around this time to get on a payment plan. I could provide this information later. Exhibit #4, OEMC sheet of an answer to FOIA request of INCAR video system of OFFICER MARTINO and OFFICER WALCHOLY. I was told at CPD that I had to go to OEMC to get this. This was a lie because like the OEMC states each public body contains this information of their own department. I made a request earlier in the year but I can't find it about incident at CPD Headquarters. On July 27, 2016, CPD says they have no responsive record in database (Exhibit #5). Exhibit #6 is a Fax I sent out to National Highway Traffic Safety Administration. Exhibit #7 is National Crime Information Center FBI Information Systems Categories of records. This will tell if car was ever reported stolen. I spoke with FBI #9198 on October 13, 2016 at 12:45 pm. I am gaining as much info as I can on this, its what caused a delay in my filing. The defendants who are many in number conspired together to deny my rights, delay my case, and

5

Revised 9/2007

lied under circumstances to prevent me from filing suit. I was told that I had to file a affidavit. How could I file an affidavit if I never got a chance to meet up with, speak with, or receive a callback when I called many times over these two years. His fellows officers and close confidants made sure a suit would not come about. I found out on 3/21/16 that it was a conspiracy that I was violated against an organized criminal unit or enterprise. My case was never important to them. The would rather conspire that to make sure justice is served. This has caused me a fear of driving, stress with relationships, family and friends. Under 18 USC §241, the federal government has authority to criminally prosecute any individual that conspires under 18 USC §§241 and 242 and 42 USC §1983 empowers victims of police misconduct. I pray that this honorable Court excuse my untimeliness and take in account I'm a pro se litigant with no ties and am researching everything I can have a evidence.

5

Revised 9/2007

To know that the officers opened my door immediately while asking me questions, then handcuffed me to interrogate me about stuff not relating to the stop, and not even giving me a chance to provide my papers to prove my case is an absolute violation. I think they fraudulently concealed the cause of action that occurred on March 20, 2014. No video came forth, no evidence or knowledge of stop. I'm not sure if RICO could apply to my claim. I feel like I got a lost of employment not to drive or seek employment with places like UBER or LYFT. My fear is they will do something to jeopardize my record or life. There was injury on all these officers. The Harm occurred many times that should be combined together. The injury of OFFICER WACLITIUM and OFFICER MARTINO. The injury of SGT. ORLANDO not properly investigating and reaching out to me. Those dispatchers OFFICER JOHNSON for covering up for him not be at the Sixth District. OFFICER GRAY for stating things on record the no SGT ORLANDO work there, even though SGT BALL for the Internal Affairs said he still work there. These are multiples.

## V.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Police misconduct and conspiracy is a tort where monetary damages and/or other damages that are found in legal processes as sufficent with claim. Actual damages and punitive damages in this case.

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __17__ day of _October_, 20 _16_

_Jamell Malone_
(Signature of plaintiff or plaintiffs)

_Jamell Malone_
(Print name)

_____
(I.D. Number)

P.O Box 29194
CHICAGO IL 60629
(Address)

Revised 9/2007

CHICAGO POLICE DEPARTMENT
# ORIGINAL CASE INCIDENT REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(8/03-C)

RD #: HW185730

EVENT #: 1306813194

Case ID: 9043375   CASP329

## CLOSED NON-CRIMINAL

**IUCR:** 5070 - Non-Criminal - Lost Property

**Occurrence Location:** 5401 S Ellis Ave
Chicago IL
304 - Street

**Beat:** 0233

**Unit Assigned:** 0102
**RO Arrival Date:** 09 March 2013 19:05

**Occurrence Date:** 06 March 2013 06:00

## VICTIM - Individual

**Name:** MALONE, Jamell

**Res:** 5401 S Ellis Ave #19
Chicago IL 60615
312 - 479 - 4226

**Beat:** 0233

**Beat:** 5100

### Demographics
Male
Black

**Age:** 28 Years

## Miscellaneous

Victim Information Provided

**Flash Message Sent ?** No

## Property #1

**Possessor/User:** UNKNOWN

**Used as Weapon?** No

**Type:** Other

**Taken/Stolen?** No

**Description:** Illinois Lic Plate K534215   **Owner:** Jamell Malone

**Recovered?** No

**Damaged?** No

EV# 13194  IN SUMMARY, ABOVE SUBJECT LOST HIS FRONT PLATE TO HIS VEHICLE. VEHICLE INFO IL PLATE K534215 EXP 09/13 2002 FORD TAURUS 4 DR VIN 1FAFP53U12G135358. ABOVE SUBJECT RELATED HIS PLATES WERE LOOSE BUT HE WAS STOPPED BY THE POLICE WHO TOLD HIM TO AFIX THE PLATE TO THE VEHICLE. SUBJECT OBSERVED PLATE WAS GONE THE NEXT DAY. HOT DESK OPERATOR # 21 NOTIFIED AT 1918 HRS. SUBJECT GIVEN VIN

RD #: HW185730

24-OCT-2014 14:52

CLEAR Technologies

# VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT

INCIDENT _____ THIS IS NOT AN "OFFICIAL POLICE REPORT". IT IS FOR INFORMATIONAL PURPOSES _____ R.D. NO. _____

NAME OF VICTIM/COMPLAINANT _____ BEAT/ CODE _____ DATE/TIME OF OCCURRENCE _____

CASE NAME: PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____ SEAT/UNIT OF ASSIGN. _____ BEAT OF OCCUR. _____

If an arrest has taken place, the following is your court information: Date: _____ Time: _____ Court Branch: _____ Court Loc: _____

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 869 - 7200.

## TO REPORT ADDITIONAL INFORMATION

Your case can be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of facts that can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. A detective will routinely contact you unless additional information is required or your further assistance is needed.

If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below.

| PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS |
|---|---|---|
| AREA CENTRAL ☐ (312) 747-8382 | ☐ (312) 747-8385 | ☐ (312) 747-8385 |
| AREA SOUTH ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 |
| AREA NORTH ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8766 |

BOMB & ARSON (ALL AREAS) ☐ (312) 746-7619

**MISSING PERSONS LOCATED**
☐ When persons reported missing are located or have returned the MISSING PERSONS SECTION must be contacted IMMEDIATELY at (312) 747-5280 or (312) 747-2901

## COPY OF THE REPORT

The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury/loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the "DEPARTMENT OF REVENUE-CITY OF CHICAGO" in the amount of $5.50 and a self-addressed, stamped return envelope to: Chicago Police Department, Records Inquiry Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2) Type of incident, 3) Address of occurrence, and 4) R.D. Number.

## HOME VISIT / BEAT CALL

To request a crime in progress or other emergency that requires immediate police response, call 911. To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits, call (312) 746-6000.

## CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)

**THE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS**

The above can all solve the problems of crime in our City. It takes an active and informed community with the police and other City agencies to really make a difference. Join your neighbors and your Beat officers as we work together to reduce crime and improve the quality of life in our City.

- If the CAPS team in your community meeting is to be held on (date/time) _____
- To learn more about the problems of crime in our City _____

http://www.chicagopolice.org

'383 (Rev. 7-12) English

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

If an arrest is made, you will be informed of the date, time, and location of the court proceedings. When your appearance will be required. When you report a crime and an arrest is not made, which may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information such as the offender's physical description, and home address to the watch officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.

### Police District of Occurrence

| | Court Branch for Warrant or Summons |
|---|---|
| ☐ 14, 15, 16, 17, 25 | Branch 23 — 5555 W. Grand Ave. |
| ☐ 1, 10, 19, 20, 24 | Branch 29 — 2452 W. Belmont Ave. |
| ☐ 2, 7, 8, 9 | Branch 34 — 51 W. 51st St. |
| ☐ 3, 4, 5, 6, 22 | Branch 38 — 727 E. 111th St. |
| ☐ 10, 11, 12, 13 | Branch 43 — 155 W. 51st St. |

*For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison, on the first floor.

## AUTOMATED VICTIM NOTIFICATION (AVN)

The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification System to obtain information about a defendant's court date or custody inside of Cook County Jail. **Call 1-877-846-3445.** Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions even if the defendant has already been released.

## ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victim Compensation program for such costs as medical, funeral, loss of support, and wage loss. To apply or to determine whether one qualifies, the victim, or if deceased, a relative, must contact the Illinois Attorney General's Office. Further information and claim forms may be obtained from the Illinois Attorney General's Office, Crime Victims Compensation, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED

Immediately notify the Chicago Police Department must be notified IMMEDIATELY, via the "911" emergency number if your lost or stolen vehicle is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN

The victim must contact the concerned credit card issuer or bank by telephone to report being liable for the unauthorized use of your lost or stolen credit card. You must also inform the credit card issuer or bank, in writing as a follow-up to their notification.

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district or the Special Activities Section at (312) 745-5823.

IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS

VSDB VT 1FAFP53U12G135358

JAMELL O MALONE                          EXP- SEP 14   K 534215                    4J96136
                                         EXP- SEP 13   K 534215                    3J96208
5401 S ELLIS APT 19
CHICAGO                  60615-5068      VIN 1FAFP53U12G135358
COOK                                     2002  FORD                               4 DOOR
M450-4348-4084                            0 CYL   0.0 HP                           UNKNOWN
SINGLE OWNER

REN POST CARD

                                         RENL MAIL 1                                       PROC
                                                                          EPA TEST RE

  TITLE X0096685064                                             VEHCLE JUNK
  YR   TA      DESCRIPTION       VAL-DATE VR SERL       FEE    CLSS ACT-DATE MFILM-NU
  14   38   MICRO/TITLE # CORR 08 11 14 T2 6209      121.00   6747 08/29/14
  13   71   PLT REPL-SAME =       03/12/13 ZD 9753      6.00  7056 03/12/13



March 4, 2016

Jamell Malone - **FA-16-0268**
11404 S. Emerald
Chicago IL 60628

Dear Jamell Malone,

On behalf of the Office of Emergency Management and Communications (OEMC), I am responding to your Freedom of Information (FOIA) request that our office received on February 29, 2016, wherein you requested the following information:

> "Copy for in car video system of Officer Martino/ Officer Walcholvy of 78th Halsted police Station on March 21, 2014 – March 22, 2014."

- Did Sgt. Orlando supervisor request for downloading, retention duplication of video?
- Was it ever downloaded?
- Did IDPR request OEMC for downloading?

Please be advised that the OEMC is not the keeper of records for 'in-car video systems'. Each City department is a "public body" under Section 2 of FOIA, 5 ILCS 140/2(a). See Duncan Publishing, Inc. v. City of Chicago, 304 Ill. App. 3d 778, 784, 709 N.E.2d 1281, 1286 (1ST Dist. 1999) ("Clearly, each of the individual departments are subsidiary bodies of the City and are 'public bodies' as defined by the FOIA.") A FOIA request must be directed to the department that maintains the records you are seeking. The OEMC has no responsive records as it relates to your FOIA request.

Please note that the Freedom of Information Act ("FOIA") requires the City to produce documents. See 5 ILCS 140/3(a) ("Each public body shall make available to any person for inspection or copying all public records, except as otherwise provided in section 7 of this Act.") FOIA does not require the public body to provide answers to questions or create documents. In fact, 5 ILCS 140/3.3 provides that FOIA "is not intended to compel public bodies to interpret or advise requesters as to the meaning of significance of the public records." In Kenyon v. Garrels, 184 Ill. App 3d 28 (4th Dist. 1989), the Illinois Appellate



**Department of Police · City of Chicago**
3510 S. Michigan Avenue · Chicago, Illinois 60653

July 27, 2016

Jamell Malone
11404 S. Emerald
Chicago, IL. 60628

RE:    NOTICE OF RESPONSE TO FOIA REQUEST
       FOIA FILE NO.:    P050029

Dear Mr. Malone:

The Chicago Police Department (CPD) is in receipt of your Freedom of Information Act (FOIA) request. In it, you state:

"I request video data for Officer Martino and Walcholvy of the 6th District Police Station on March 21, 2014 at about 10:30 p.m – 12 a.m."

Your request was reviewed by the undersigned. Upon review, a search of CPD's computerized database was conducted and based upon the parameters that you provided, CPD has no responsive record.

If you require additional assistance, please contact this office at (312)745-5308, or by mail at the below listed address:

Chicago Police Department
Attention Freedom of Information
Legal Affairs Unit
3510 S. Michigan Ave
Chicago, IL 60653

Sincerely,

P.O. K. Boggan #8969
Freedom of Information Officer
Department of Police
Office of Legal Affairs



**Rahm Emanuel**
Mayor

**Department of Police · City of Chicago**
3510 S. Michigan Avenue · Chicago, Illinois 60653

**Eddie T. Johnson**
Superintendent of Police

September 6, 2016

Jamell Malone
P.O. Box 29194
Chicago, IL. 60629

RE:     **NOTICE OF RESPONSE TO FOIA REQUEST**
         **FOIA FILE NO.:**     **P051449**

Dear Mr. Malone:

The Chicago Police Department (CPD) is in receipt of your Freedom of Information Act (FOIA) request. In it, you state:

   "Copy or data of every time my name or license plate (K534215) was checked and every time CPD made a traffic stop. POD information from Wrigley Field. Request audio recordings from the 19th District. In car video from Officer Martino and Walcholy of the 6th district on March 21-21, 2014 at 10:30 p.m – 12 : 00 a.m."

Your request was reviewed by the undersigned. Upon review, it was determined, in regards to "every time you're your name or license plate was checked", "audio recordings from the 19th District" and "in car video for Officers Martino and Walcholy", that CPD has no responsive record.

However in regards to "POD information from Wrigley Field", please note that each City Department is a "Public Body" under Section 2 of FOIA, 5 ILCS 140/2(a). See Duncan Publishing Inv v, City of Chicago, 304ILL.App.3d 778, 784, 709 N.E. 2d 1281, 1282 (1st Dist 1999) (Each of the individual departments are subsidiary bodies of the city and are "public bodies" as defined by the FOIA). A FOIA request must be directed to the department that maintains the records you're seeking.

Please be advised that the Chicago Police Department neither possesses nor maintains the records you're seeking.

If you require additional assistance, please contact this office at (312)745-5308, or by mail at the below listed address:

   Chicago Police Department
   Attention Freedom of Information
   Legal Affairs Unit
   3510 S. Michigan Ave
   Chicago, IL 60653

Sincerely,

P.O. K. Boggan #8969
Freedom of Information Officer
Department of Police
Office of Legal Affairs

# Send Result Report

MFP

ECOSYS M2535dn

Firmware Version 2PL_2000.002.102 2014.08.25


KYOCERA

10/08/2016 13:12
[2PM_1000.002.001] [2PM_1100.001.004] [2PL_7000.001.006]

Job No.: 032476     Total Time: 0°00'28"     Page: 001

## Complete

Document:     doc03247620161008131105

---

Dear National Highway Traffic Safety Administration FOIA

I would like to make a public records request. I suspect that my private driver license information was being accessed by law enforcement of the "CHICAGO POLICE DEPARTME COOK COUNTY SHERIFFS, and Illinois State Police". I would like a D.A.V.I.D, Driving and Vehicle Information Database report on License plate #K534215 and Driver License #M4504-3984-084. I would like a record of every time I was stopped by law enforcement via traffic stops in Illinois. I've been denied those request of records by the Chicago Police Department and Secretary of State of Illinois.

I mailed NHTSA similar 5 page story of Florida trooper Donna Jane Watts. I believed that law enforcement targeted me because of a complaint I made to the Independent Police Review Authority in CHICAGO. I called (202) 366-2870 and (202) 366-3534 several times past months.

Jamell Malone
(708) 973-7078
malonejamell@gmail.com
P.O Box 29194
CHICAGO, IL 60629
10/7/16

---

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 10/08/16 13:11 | 12024932929 | 0°00'28" FAX | | OK | 200x100 Normal/On |

---

[ LVZ5116338 ]

Dear National Highway Traffic Safety Administration (FOIA)

I would like to make a public records request. I suspect that my private driver license information was being accessed by law enforcement of the "CHICAGO POLICE DEPARTM, COOK COUNTY SHERIFFS, and Illinois State Police". I would like a D.A.V.I.D, DRIVING and Vehicle Information Database, report on License plate # K53421 and Driver License # M4504-3484-084. I would like a record of every time I was stopped by law enforcement via traffic stops in Illinois. I've been denied these request of records by the Chicago Police Department and Secretary of State of Illinois.

I mailed in on 10/7/16 similar 5 page story of Florida Trooper Donna Jane Watts. I believed that law enforcement targeted me because of a complaint I made to the Independent Police Review Authority in CHICAGO. I called (202) 366-2870 and (202) 366-3564 several times last months

Jamell Malone
(708) 973-7078
malonejamell@gmail.com
P.O Box 29194
CHICAGO, IL 60629
10/7/16



# POLICE STATE USA

HOME    ABOUT    SUPPORT    TOPICS    2016 ELECTION

## Florida trooper arrested a cop, then was stalked & harassed by the Thin Blue Line

🕐 March 12, 2014    👤 Site Staff    📁 News    💬 0



A Miami cop is arrested by a FHP trooper. (Source: Florida Highway Patrol dashcam)



A Miami cop is arrested by a FHP trooper for excessive speeding. (Source: Florida Highway Patrol dashcam)

MIAMI, FL — After a Florida trooper showed integrity and equally applied the law to one of her fellow officers, she experienced months of harassment, invasions of privacy, and situations that felt so "life threatening" to her that she moved to another county.  She has filed a lawsuit against over 100 cops named individually and over 200 that remain anonymous for their violations of the law and retributive actions against the honest cop.

**FOLLOW & SUPPORT POLICE STATE USA**



To help Police State USA maintain this website and continue to produce quality articles, show your support with a good will offering. *(More details...)*


Option 1 : $3.00 USD - monthly


Subscribe

**FEATURED LINKS**


Buying via Amazon?
Click this graphic & shop as usual. It costs you nothing & it will help offset our costs.
amazon.com


BulletSafe
BULLET PROOF VESTS JUST $299


Arrested for a drug crime?
We free prisoners and defendants.


amazon
Veho VCC-003-MUVI-BLK..
$38.99  Prime
Shop now


amazon
Fitbit Flex Wireless...
$77.73  Prime
Shop now

On October 11th, 2011, Florida Highway Patrol Trooper Donna "Jane" Watts was patrolling her section of highway when she was passed by a marked police cruiser identified as belonging to Miami PD. The cruiser was traveling at break-neck speeds and was not using its emergency lights or sirens. Not giving the speeder a break because of his profession, D.J. Watts set off to get to the bottom of the situation.

## Hot Pursuit

Dash cam records show that Watts turned on her emergency lights at 6:28:45 a.m. She struggled to keep pace with the Miami police cruiser, which was zipping between cars, going at speeds up to 120 miles per hour. The driver was so far ahead that it is unclear if he even noticed that Watts had sped up and began a pursuit.

The chase went on for several minutes. About 6:33:15 a.m., dash cam footage shows that Watts had sufficiently closed the gap with the speeding cruiser, and was trailing him within a close, visual distance with her emergency lights still flashing. The speeder ignored her signals and sped onward, undeterred.

She blared her loud sirens, yet still there was no response. The cruiser continued to whip through traffic, with Watts on its tail. Watts aimed the beam of her bright spotlight at the speeder's rear window. This too was ignored. It was not until 6:35:30 a.m. when the speeding cruiser finally came to a halt.

For those keeping track, the chase went on for a total of 6 minutes, 45 seconds. Even using a more conservative measurement of 2 minutes, 15 seconds — the amount of time Watts was directly behind the cruiser — this was a considerable amount of time to ignore (and evade) the trooper.

Watch the highlights of the pursuit below. (Full length here.)



Florida trooper ticketed a cop, then was stalked & harassed by the T...

## Breaking Ranks

Trooper Watts cautiously approached the car, now parked on the shoulder of the highway. After trying to evade her for several minutes, she had no reason to believe the encounter would be amicable. She drew her pistol and slowly closed in.

"Put your hands out that window right now!" she loudly announced. When ignored, she turned up the intensity and repeated the command again.

As she walked up to the driver, she must have been met with disbelief. She can be heard on video, saying, "Oh yeah! I'm serious!"

She was now face-to-face with a male cop, Miami Police Officer Fausto Lopez, age 35.

"Get out of the vehicle!" she directed him.

Lopez — attempting to give excuses — was immediately told to turn around and face his cruiser and was slapped into handcuffs.

Now apologetic, Lopez began trying to explain. "I was on my way to an off-duty [job]... a school..."



Officer Lopez is put into handcuffs.
(Source: Florida Highway Patrol dashcam)



amazon
Cards Against Humanity
$25.00  Prime
Shop now

amazon.com
Shop Now & Save
Click here

amazon
Amazon Fire TV Stick
$39.99  Prime
Shop now

amazon
Fire HD 7 Tablet, 7" HD Display...
Shop now

## FEATURED ARTICLES


**Hawaii under martial law was 'military dictatorship' (1941-1944)**
December 7, 2014  ♡ 0


**Man charged with breaking a trooper's fist with his face**
October 24, 2014  ♡ 0


**How to record police encounters without losing your video**
October 12, 2014  ♡ 0


**Report finds government agents 'directly involved' in many U.S. terror plots**
July 31, 2014  ♡ 0


**Four librarians gagged and threatened with prison time under the Patriot Act**
July 6, 2014  ♡ 0


**'Sneak & peek' warrants allow police to secretly enter homes without notice**
June 27, 2014  ♡ 0


**A list of known NSA spying techniques**
April 2, 2014  ♡ 0


**How to serve a warrant: 1972 versus today, by Lt. Harry Thomas**
August 15, 2013  ♡ 2021

continued with the excuses, and tried to talk his way out of the handcuffs. "I didn't know you were ...pping me, officer! With all due respect—"

"You don't respect me, sir," Watts chimed in, not buying any of it. "You don't respect these people out here."

"This is not a first time occurrence with y'all," Watts stated later, as more officers arrived on the scene. "Y'all come from that way ALL THE TIME — this Miami police car — and we never catch it!"

Officer Lopez was put in the backseat of the cruiser and charged with misdemeanor reckless driving.

## An Army of Bad Apples

The incident caused a firestorm of discussion among law enforcement and the public. The dash cam video went viral. Many applauded Trooper Watts for her willingness to take on lawbreakers hiding behind the uniform — a seemingly uncommon trait among those in her profession.

Some, however, were not so supportive of her efforts. Soon after the incident, she was suffering from constant harassment.



Watts says she would receive threatening phone calls from strangers. She would subjected to juvenile pranks like having pizzas delivered to her house which she did not order. She was stalked by police cars and unfamiliar vehicles idling in the cul-de-sac outside of her home. Sometimes she would be tailed around town for no apparent reason.

**Florida Highway Patrol Officer Donna Jane Watts. (Source: AP Photo / Mirta Desir)**

The gang-like harassment of D.J. Watts became so severe that she felt in fear for her life, and afraid to do normal things like go outside and check the mail. The stress began to take a physical toll on her, and she began living like a hermit and eventually moved out of the county.

After filing a public records request with the Department of Highway Safety and Motor Vehicles, Watts discovered that her personal information had been pulled up by scores of officers from 25 different jurisdictions. Her data had been accessed more than 200 times total.

"This is an invasion of privacy," said Watts' attorney Mirta Desir to the Sun Sentinel. "Law enforcement does have access to information most residents don't and with that level of access there should come a certain amount of care. ... This is something that is not supposed to be done."

Watts fired back against the corrupt gang, filing a 69-page lawsuit, citing grievances against 100 different officers from 25 different jurisdictions. Additionally, there were over 200 unidentified violators from several different agencies listed in the complaint.

## Cops Unite Against Privacy

The Driver's Privacy Protection Act (DPPA) is a federal law that protects individuals from having their information improperly accessed. Violations can result in a $2,500 fine per incident.

"You don't even know you've been looked up unless you make a concerted effort to find out," explained her lawyer.

Litigation between all the various parties and Watts is sure to take some time. A few agencies like Lauderhill and Margate have already reached settlements with Watts. In addition, some of the offending officers receive "letters of reprimand."

But police state lobbyist groups like the National Association of Police Organizations (NAPO) don't think that's fair. They believe officers should be able to access private individuals' information freely without retribution (unless sold for money).

NAPO is now "aggressively lobby[ing] members of congress" to alter the Driver's Privacy Protection Act. This would remove a barrier of privacy for individuals who might suffer from gang-like harassment as D.J. Watts experienced.

If they are successful, activists, whistleblowers, and honest cops will again be easily targets of harassment from the police state.

{ Support Police State USA }

FLORIDA    PEACE OFFICER    SPEED LIMITS    THIN BLUE LINE



**About Site Staff** › 477 Articles

Writer, editor, political activist and liberty advocate. PSUSA has been exposing the police state since 2010 and never runs out of material.

PREVIOUS ARTICLE

NEXT ARTICLE

BE THE FIRST TO COMMENT

## Leave a Reply

You must be logged in to post a comment.

SITE SEARCH

SEARCH ...

ARCHIVES

August 2015
July 2015
June 2015
March 2015
February 2015
January 2015
December 2014
November 2014
October 2014
September 2014
August 2014
July 2014
June 2014
May 2014
April 2014
March 2014
February 2014
January 2014
December 2013
November 2013
October 2013
September 2013
August 2013

CATEGORIES

Activism
Analysis
Foreign Policy
History
Media & Culture
News
Politics
Survival
Uncategorized

a. Identified as a gang member by a reliable informant;
b. Identified as a gang member by an informant whose information has been corroborated;
c. Frequents a gang's area, associates with known members, and/or affects gang dress, tattoos, or hand signals;
d. Has been arrested multiple times with known gang members for offenses consistent with gang activity; or
e. Self admission (other than at the time of arrest or incarceration).
F. Members of Terrorist Organizations: Individuals about whom investigations has developed sufficient information to establish membership in a particular terrorist organization using the same criteria listed above in paragraph E, items 1 and 2 a-e, as they apply to members of terrorist organizations rather than members of violent criminal gangs.
G. Unidentified Persons: 1. Any unidentified deceased person. 2. Any person who is living and unable to ascertain the person's identity (e.g., infant, amnesia victim). 3. Any unidentified catastrophe victim. 4. Body parts when a body has been dismembered.

**Categories of records in the system:**

A. Stolen Vehicle File: 1. Stolen vehicles. 2. Vehicles wanted in conjunction with felonies or serious misdemeanors. 3. Stolen vehicle parts including certificate of origin or title.
B. Stolen License Plate File.
C. Stolen Boat File.
D. Stolen Gun File: 1. Stolen guns. 2. Recovered guns, when ownership of which has not been established.
E. Stolen Article File.
F. Securities File: 1. Serially numbered stolen, embezzled or counterfeited, securities.
2. "Securities" for present purposes of this file are currently (e.g., bills, bank notes) and those documents or certificates which generally are considered to be evidence of debt (e.g., bonds, debentures, notes) or ownership of property (e.g., common stock, preferred stock), and documents which represent subscription rights, warrants and which are of the types traded in the securities exchanges in the United States, except for commodities futures. Also, included are warehouse receipts, travelers checks and money orders.
G. Wanted Person File: Described in "CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM. A. Wanted Persons, 1-4."
H. Foreign Fugitive File: Identification data regarding persons who are fugitives from foreign countries, who are described in "



**Categories of individuals covered by the system:** A. Wanted Persons, 5 and 6."
I. Interstate Identification Index File: A cooperative Federal-state program for the interstate exchange of criminal history record information for the purpose of facilitating the interstate exchange of such information among criminal justice agencies. Described in "

**Categories of individuals covered by the system: B. 1."**
J. Identification records regarding persons enrolled in the United States Marshals Service Witness Security Program who have been charged with serious and/or significant offenses: Described in "CATEGORIES OF INDIVIDUALS covered by the system: B."
K. Bureau of Alcohol, Tobacco, and Firearms (BATF) Violent Felon File: Described in "

**Categories of individuals covered by the system: B.**
2."
L. Missing Person File: Described in "CATEGORIES OF INDIVIDUALS covered by the system: C. Missing Persons."
M. U.S. Secret Service Protective File: Described in "CATEGORIES OF INDIVIDUALS covered by the system: D."
N. Violent Criminal Gang File: A cooperative Federal-state program for the interstate exchange of criminal gang information. For the purpose of this file, a "gang" is defined as a group of three or more persons with a common interest, bond, or activity characterized by criminal or delinquent conduct. Described in "CATEGORIES OF INDIVIDUALS covered by the system: E. Members of Violent Criminal Gangs."
O. Terrorist File: A cooperative Federal-state program for the exchange of information about terrorist organizations and individuals. For the purposes of this file, "terrorism" is defined as activities that involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or any state or would be a criminal violation if committed within the jurisdiction of the United States or any state, which appear to be intended to:
1. Intimidate or coerce a civilian population,
2. Influence the policy of a government by intimidation or coercion, or
3. Affect the conduct of a government by crimes or kidnapping. Described in "

**Categories of individuals covered by the system: F.** Members of Terrorist Organizations."
P. Unidentified Person File: Described in "CATEGORIES OF INDIVIDUALS covered by the system: G. Unidentified Persons."

**Authority for maintenance of the system:** The system is established and maintained in accordance with 28 U.S.C. 534; Department of Justice Appropriation Act, 1973, Pub. L. 92-544, 86 Stat. 1115, Securities Acts Amendment of 1975, Pub. L. 94-29, 89 Stat. 97; and 18 U.S.C. Sec. 924 (e). Exec. Order No. 10450, 3 CFR (1974).

**Purpose(s):** The purpose for maintaining the NCIC system of record is to provide a computerized data base for ready access by a criminal justice agency making an inquiry and for prompt disclosure of information in the system from other criminal justice agencies about crimes and criminals. This information assists authorized agencies in criminal justice objectives, such as apprehending fugitives, locating missing persons, locating and returning stolen property, as well as in the protection of the law enforcement officers encountering the individuals described in the system.

**Routine uses of records maintained in the system, including categories of users and the purposes of such uses:** Data in NCIC files is exchanged with and for the official use of authorized officials of the Federal Government, the States, cities, penal and other institutions, and certain foreign governments. The data is exchanged through NCIC lines to Federal criminal justice agencies, criminal justice agencies in the 50 States, the District of Columbia, Puerto Rico, U.S. Possessions and U.S. Territories. Additionally, data contained in the various "want files," i.e., the stolen vehicle file, stolen license plate file, stolen gun file, stolen article file, wanted person file, securities file, boat file, and missing person data may be accessed by the Royal Canadian Mounted Police. Criminal history data is disseminated to non-criminal justice agencies for use in connection with licensing for local/state employment or other uses, but only where such dissemination is authorized by Federal or state statutes and approved by the Attorney General of the United States.

Data in NCIC files, other than the information described in "Categories of records in the system: I, J, K, M, N, and O," is disseminated to (1) a nongovernmental agency subunit thereof which allocates a substantial part of its annual budget to the administration of criminal justice, whose regularly employed peace officers have full police powers pursuant to state law and have complied with the minimum employment standards of governmentally employed police officers as specified by state statute; (2) a noncriminal justice governmental department of motor vehicle or driver's license registry established by a statute, which provides vehicles registration and driver record information to criminal justice agencies; (3) a governmental regional dispatch center, established by a state statute, resolution, ordinance or Executive order, which provides communications services to criminal justice agencies; and (4) the national Automobile Theft Bureau, a nongovernmental nonprofit agency which acts as a national clearinghouse for information on stolen vehicles and offers free assistance to law enforcement agencies concerning automobile thefts, identification and recovery of stolen vehicles.

RECEIVED

2016 OCT 18 AM 5: 32

CLERK
U.S. DISTRICT COURT

RECEIVED

2016 OCT 18 PM 5: 32

CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Jamell O'Malone / Monique Cox
_____
**Plaintiff**

)
)
)
)
)

CASE No. 16 C 3640

JUDGE JOHN Z LEE

VS.

City of Chicago Police Dept
_____
**Defendant**

)
)
)
)

# FILED

OCT 19 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**NOTICE OF FILING**

TO: IRIS CHAVIRA
30 N LASALLE STREET, SUITE 900
CHICAGO IL 60602

TO: _____
_____
_____

I understand (plaintiff/defendant), certify that on the 18 day of October,
2016, I served a copy of this MOTION to each person whom it is

directed by way of USPS mail.

Signature: Jamell Malone

Name: Jamell Malone

Address: P.O BOX 29194

City/Zip: CHICAGO, IL 60629

Telephone: (708) 973-7078